PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

**FILED**
December 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE __WESTERN__ DISTRICT OF TEXAS

__WACO__ DIVISION

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

__ROY DEAN SMITH__
PETITIONER
(Full name of Petitioner)

__TDCJ-ID - Alfred Hughes Unit__
CURRENT PLACE OF CONFINEMENT

vs.

__1896457__
PRISONER ID NUMBER

__BOBBY LUMPKIN, Director__
RESPONDENT   __TDCJ__
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

__6:23 cv 885__
CASE NUMBER
(Supplied by the District Court Clerk)

---

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.  Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.  Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.  Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.  Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?** (Check all that apply)

- ☐ A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- ☐ A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- ☐ A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- ☑ Other: _State refuses to release alleged victim's DNA results_ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**

Note: In answering questions 1-4, you must give information about <u>the conviction for the sentence you are presently serving</u>, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.  Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _82nd District Court, Falls County_

2.  Date of judgment of conviction: _October 10, 2013_

3.  Length of sentence: _Fifteen (15) years_

4.  Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _8676_

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)   ☐ Not Guilty   ☒ Guilty   ☐ Nolo Contendere

6. Kind of trial: (Check one)   ☐ Jury   ☒ Judge Only

7. Did you testify at trial?   ☐ Yes   ☒ No

8. Did you appeal the judgment of conviction?   ☐ Yes   ☒ No

9. If you did appeal, in what appellate court did you file your direct appeal? N/A

    N/A   Cause Number (if known): N/A

    What was the result of your direct appeal (affirmed, modified or reversed)? N/A

    What was the date of that decision? N/A

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised: N/A

    Result: N/A

    Date of result: N/A   Cause Number (if known): N/A

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: N/A

    Date of result: N/A

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☒ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: 82nd District Court

    Nature of proceeding: 11.07 Writ of Habeas Corpus

    Cause number (if known): 8676

-3-

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _August 22, 2014_

Grounds raised: _Ineffective Assistance of Counsel - counsel misstated Law by informing Petitioner that Petitioner was eligible for probation_

Date of final decision: _11/1/2023_

What was the decision? _11.07 Dismissed - subsequent writ_

Name of court that issued the final decision: _Tx Court of Criminal Appeals_

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _N/A_

Nature of proceeding: _N/A_

Cause number (if known): _N/A_

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _N/A_

Grounds raised: _N/A_

Date of final decision: _N/A_

What was the decision? _N/A_

Name of court that issued the final decision: _N/A_

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?  ☐ Yes  ☒ No

   (a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _N/A_
   
   _N/A_

   (b) Give the date and length of the sentence to be served in the future: 
   
   _N/A_

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☐ Yes ☐ No  N/A

**Parole Revocation:**

13. Date and location of your parole revocation: _N/A_

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? ☐ Yes ☐ No  N/A

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon? ☐ Yes ☐ No  N/A

16. Are you eligible for release on mandatory supervision? ☐ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _N/A_

    Disciplinary case number: _N/A_

    What was the nature of the disciplinary charge against you? _N/A_

18. Date you were found guilty of the disciplinary violation: _N/A_

    Did you lose previously earned good-time days? ☐ Yes ☐ No  N/A

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _N/A_

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _N/A_

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure? ☐ Yes ☐ No  N/A

    If your answer to Question 19 is "Yes," answer the following:

    Step 1 Result: _N/A_

-5-

Date of Result: _N/A_

Step 2  Result: _N/A_

Date of Result: _N/A_

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date. _Actual Innocence_

A. **GROUND ONE:** _Violation of Due Process - State refuses to release the alleged victim's DNA results which will exonerate Petitioner_

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   _After being sentenced, Petitioner's trial counsel, Mr. Clyde Chandler, informed Petitioner that the State had performed a DNA analysis on the alleged victim and the results revealed that Petitioner's DNA was not detected. Defense counsel informed Petitioner to request said results from the State. The State refuses to provide Petitioner with said results. (For Arguments and Authorities see memorandum of Law)_

B. **GROUND TWO:** _N/A_

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

—6—

C. **GROUND THREE:** N/A

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

D. **GROUND FOUR:** N/A

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

21. Relief sought in this petition: Petitioner is requesting this Court to compel the Falls County, Texas District Attorney to provide Petitioner with the alleged victim's DNA results.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?   ☐ Yes   ☐ No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☒ Yes   ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☐ Yes   ☒ No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____ N/A _____

_____ N/A _____

_____ N/A _____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

_____ N/A _____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: N/A

(b) At arraignment and plea: N/A

(c) At trial: Clyde Chandler

(d) At sentencing: Clyde Chandler

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g)  On appeal from any ruling against you in a post-conviction proceeding: _____

_____NH_____

**Timeliness of Petition:**

26.  If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

Petitioner has been attempting to obtain the DNA results of the alleged victim since July 13, 2018 when Petitioner received a letter from the Falls Community Hospital + Clinic informing Petitioner that the alleged victim's DNA results were turned over to the Falls County district attorney. (See Exhibit A)

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

  (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

_____DEC 2 0 2023_____ (month, day, year).

Executed (signed) on __DEC 2 0 2023_____ (date).

*Roy D Smith*
Signature of Petitioner (**required**)

Petitioner's current address: Alfred Hughes Unit 3201 FM 929, Garesville, Texas 76597

—10—

MEMORANDUM OF LAW
GROUND ONE
ACTUAL INNOCENCE / VIOLATION OF DUE PROCESS
STATE REFUSES TO PROVIDE EXCULPATORY
DNA ANALYSIS RESULTS

Petitioner stands convicted of Aggravated Sexual Assault. The alleged victim is Angie Lang. Petitioner pled guilty on the grounds that no evidence existed which was favorable to Petitioner's case.

After Petitioner was sentenced, Petitioner's defense counsel informed Petitioner that the prosecution had the DNA results which belonged to the alleged victim, and that said results revealed that Petitioner's DNA was not detected. Defense counsel informed Petitioner that said results would exonerate Petitioner.

Petitioner wrote to the Falls County District Attorney requesting said results but the D.A. refused to release said results. However, even though Petitioner wrote to the D.A. requesting said results, Petitioner had no evidence indicating that the D.A. had said DNA results.

On July, 2018 Petitioner wrote to the Falls Community Hospital & Clinic requesting the alleged victim's DNA results

1

The Director of medical records reply on July 13, 2018 informing Petitioner that said DNA results had to be obtained from the Fall County D.A.'s Office. (Exhibit A) The D.A. refuses to release said results to Petitioner nor has acknowledged receiving Petitioner's request. (see Exhibit B- Letter to D.A)

Petitioner contends that the D.A.'s refusal to provide Petitioner with the DNA results is depriving Petitioner of Petitioner's right to present evidence in his defence.

In Kittle v. Dretke, 426 F.3d 306, 319 (5th Cir. 2005) The Court held:

> Whether rooted directly in the Due Process clause, U.S. Const. Amend XIV or in the Compulsory process or confrontation clause U.S. Amend VI <u>the constitution guarantees criminal defendants a meaningful opportunity to present a complete defense.</u> See also Gilmore v. State, 2016 Tx. App. Lexis 4133 HN1 & pgs 11-12 (CT App. 5th Dist Dallas, 2016  (Emphasis added)

2

In the instant case Petitioner had no exculpatory evidence when he pled guilty. Now Petitioner is aware that exculpatory evidence exists revealing that Petitioner's DNA was not detected when the alleged victim was subjected to DNA test. This result is the only evidence Petitioner can utilize in his defense to prove Actual Innocence. The D.A.'s refusal to release said DNA results to Petitioner is depriving Petitioner of his Constitutional right to present a complete defense. Petitioner asks this Court to order the Falls County District Attorney to release to Petitioner the alleged victim's DNA results in order for Petitioner to exercise his due process rights to present a complete defense.

## PRAYER

In the interest of justice Petitioner prays this Court will grant Petitioner's request in order for Petitioner to support his Actual Innocence claim.

Executed on this the _____ day of _____ 2023

Roy D Smith
Roy Dean Smith #1896457
Alfred Hughes Unit
3201 FM 929
Gatesville, Texas 76597

3

EXHIBIT A

July 13, 2018

Falls Community Hospital & Clinic
PO Box 60
322 Coleman Street
Marlin, TX 76661



Roy D. Smith
1896457 Terrell (R-3)
1300 FM 655
Rosharon, TX 77583-8604

Dear Mr. Smith,

I received your Letter of Request for medical records to be released to your personal representative, Burnett Wallace. Mr. Wallace explained that you need medical records for a date of service January 2009. Our records and logs indicate that you did not present to FCHC during this date, or a date near that. I explained to Mr. Wallace that he could come get the records for the date of service most recent to then, which is November 1, 2008 and he has not yet come by.

In efforts to assist you in locating the requested medical records, I contacted the Falls County Sherriff's Office, who instructed me to contact the Marlin Police Department. The Marlin Police Department explained that you will need to contact the Falls County District Attorney, Ms. Giliam for any medical records and/ or test results that may have been collected at this date of service. I have attached the contact information for Ms. Gilliam.

Thanks for your understanding,

Kristin Williamson
Director of Medical Records

<u>EXHIBIT B</u>

Roy D. Smith
TDCJ-ID #1896457
Alfred Hughes Unit
3201 FM 929
Gatesville, Texas 76597
November 8, 2023

Falls County
District Attorney
#1 Courthouse Square, Room 309
175 Bridge St.
P.O. Box 413
Marlin, Texas 76661

RE: 8676

Dear District Attorney:

    I am trying to obtain the DNA results pertaining to my case, cause no. 8676. The Falls Community Hospital & Clinic informed me that your office has these records. Can you please provide them to me? These records can exonorate me. If there is a price to obtain these records, please let me know the cost.

    Any information you can provide will be apprecrated. Thank you.

Respectfully,
Roy W Smith

Roy Dean Smith
#1896457
Alfred Hughes Unit
3201 FM 929
Gatesville, Texas 76597

Clerk
U.S. District Court
800 Franklin Ave. Room 380
Waco, Texas 76701

RE: 2254 Habeas Corpus

Dear Clerk:

    Enclosed please find an original 2254 writ of Habeas Corpus. Please file this writ and bring to the attention of the court. Thank you

Respectfully
Roy D Smith
Roy Dean Smith

Roy Dean Smith

#1896457

Alfred Hughes Unit

P.O Box 660400
Dallas, TX. 75266-0400



Austin PDC TX 78710
THU 21 DEC 2023 PM

RECEIVED
DEC 27 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

Clerk
U.S. District Court
Waco Division
800 Franklin Avenue
Room 380
Waco, Texas 76701