# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ROY DEAN SMITH #1896457 | § | |
| | § | |
| V. | § | W-23-CA-885-ADA |
| | § | |
| BOBBY LUMPKIN | § | |

## ORDER OF DISMISSAL

The Court has received notice that Plaintiff is no longer being held at the Hughes Unit. To date, Plaintiff has not notified the Court of any change of address. In addition, Plaintiff was ordered to either pay the filing fee or file an application to proceed in forma pauperis on or before February 5, 2024. To date, Plaintiff has failed to respond to the Court's order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to provide the Court with a change of address or pay the filing fee, his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on February 20, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE